IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ANTHONY AARON,

    Petitioner,

v.

R.K. WONG,

    Respondent.
                                 /

No. C 09-5532 WHA (PR)

**ORDER OF DISMISSAL**

       This pro se habeas action was filed on November 20, 2009. On that same day petitioner was notified that his application for leave to proceed in forma pauperis ("IFP") was deficient because he had provided neither a copy of his inmate trust account nor a certificate of funds in his inmate account. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. No response has been received.

       This case is therefore **DISMISSED** without prejudice to filing a new petition in which petitioner either pays the filing fee or files a completed IFP application.

       **IT IS SO ORDERED.**

Dated: December   30  , 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.09\AARON5532.DSM-IFP.wpd